Kent J. Schmidt (SBN 195969)
schmidt.kent@dorsey.com
**DORSEY & WHITNEY LLP**
600 Anton Blvd., Suite 2000
Costa Mesa, CA  92626-7655
Telephone:  (714) 800-1400
Facsimile:   (714) 800-1499

Matthew Olson (SBN 265908)
olson.matt@dorsey.com
**DORSEY &WHITNEY LLP**
167 Hamilton Avenue, Suite 200
Palo Alto, CA  94301-1665
Telephone:  (650) 857-1717
Facsimile:   (650) 618-1913

*Attorneys for Respondent*
*Wholesale 209, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAMEN XIANGYU LOGISTICS GROUP CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>WHOLESALE 209, LLC,<br><br>Respondent. | CASE NO.:  **2:23-cv-02704-AC**<br><br>Assigned to:<br>Magistrate Judge Allison Claire<br>Courtroom: 26, 8th Fl.<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PETITION TO CONFIRM ARBITRATION AWARD BY 28 DAYS (L.R. 144(a))**<br><br>Date Petition Served:   Nov. 30, 2023<br>Response Currently Due:  Dec. 21, 2023<br>New Response Due Date:  Jan. 18, 2024<br><br>Action Filed:  November 20, 2023<br>Trial Date:   None Set |

[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PETITION TO CONFIRM ARBITRATION AWARD BY 28 DAYS (L.R. 144(A))

4878-9588-1880\1

# ORDER

The Court, having considered the Stipulation to Extend Time to Respond to Petition to Confirm Arbitration Award by 28 Days (L.R. 144(a)), finds Respondent Wholesale 209, LLC and Petitioner Xiamen Xiangyu Logistics Group Corporation (hereinafter "The Parties") have submitted evidence sufficient to establish good cause to continue the deadline for Respondent Wholesale 209, LLC ("Respondent") to respond to the petition by 28 days.

**IT IS HEREBY ORDERED** that,

1) The date by which Respondent will move, plead, or otherwise respond to the petition in this action shall be extended by twenty-eight (28) days. Respondent will move, plead, or otherwise respond to the petition on or before January 18, 2024.

**IT IS SO ORDERED.**

Dated: December 20, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PETITION TO CONFIRM ARBITRATION AWARD BY 28 DAYS (L.R. 144(A))

4878-9588-1880\1