Kent J. Schmidt (SBN 195969)
*schmidt.kent@dorsey.com*
Jill A. Gutierrez (SBN 258138)
*gutierrez.jill@dorsey.com*
**DORSEY & WHITNEY LLP**
600 Anton Blvd., Suite 2000
Costa Mesa, CA 92626-7655
Tel.: (714) 800-1400 / Fax: (714) 800-1499

Matthew Olson (SBN 265908)
*olson.matt@dorsey.com*
**DORSEY &WHITNEY LLP**
167 Hamilton Avenue, Suite 200
Palo Alto, CA 94301-1665
Tel.: (650) 857-1717 / Fax: (650) 618-1913

*Attorneys for Respondent
Wholesale 209, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAMEN XIANGYU LOGISTICS GROUP CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>WHOLESALE 209, LLC,<br><br>Respondent. | CASE NO.: **2:23-cv-02704-DJC AC**<br><br>Assigned to:<br>District Judge Daniel J. Calabretta<br>Courtroom: 10, 13th Fl.<br><br>**WHOLESALE 209, LLC'S RESPONSE TO COURT'S MINUTE ORDER DATED 9/25/24**<br><br>Action Filed:  November 20, 2023<br>Trial Date:      November 3, 2025 |
| WHOLESALE 209, LLC,<br><br>Third Party Petitioner,<br><br>v.<br><br>WENTAO LYU, and ROES 1-50, inclusive.<br><br>Third Party Respondents. | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Respondent Wholesale 209, LLC ("Wholesale 209") submits the following status report in response to the Court's Minute Order dated September 25, 2024 [DKT. 41].

In response to the Court's Minute Order dated August 28, 2024 [DKT. 38], which ordered the parties to contact Judge Delaney's Courtroom Deputy, Lisa Kennison, to obtain available dates for a settlement conference, Wholesale 209, LLC's counsel complied with that order by e-mailing Ms. Kennison on September 4, 2024, seeking Judge Delaney's available dates, and copied counsel for Petitioner Xiamen Xiangyu Logistics Corp. ("Xiamen") on that e-mail.

On September 5, 2024, Ms. Kennison responded that Judge Delaney was available on 11/25, 11/26, 11/27, 12/5, and 12/6 via Zoom.

On September 6, 2024, counsel for Wholesale 209 informed counsel for Xiamen that Wholesale 209 would be available on either 12/5 or 12/6.

As of the present date, Wholesale is informed that counsel for Xiamen has been unable to obtain a response from their client regarding the available dates, which has resulted in a delay in responding to Ms. Kennison to confirm a date.

DATED: September 26, 2024         **DORSEY & WHITNEY LLP**

                                  By:  */s/Jill A. Gutierrez*
                                       Kent J. Schmidt
                                       Jill A. Gutierrez
                                       Matthew Olson
                                       Attorneys for Respondent
                                       Wholesale 209, LLC