Aimée Scala (SBN 302944)
aimee@mazzolalindstrom.com
**Mazzola Lindstrom LLP**
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Tel: 323-208-9774

*Attorneys for Petitioner*
*Xiamen Xiangyu Logistics Group Corp.*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAMEN XIANGYU LOGISTICS GROUP CORPORATION,<br><br>   *Petitioner*,<br><br>v.<br><br>WHOLESALE 209 LLC,<br><br>   *Respondent*. | Case No. 2:23-cv-02704-AC<br><br>**PETITIONER'S RESPONSE TO COURT'S MINUTE ORDER DATED 9/25/24**<br><br>Judge: Hon. Daniel J. Calabretta<br>Courtroom 10 – 13th Floor<br>Petition Filed: November 20, 2023 |

Petitioner's Response to Court's Minute order

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Petitioner Xiamen Xiangyu Logistics Group Corporation ("Xiamen"), by and through its attorneys Mazzola Lindstrom LLP, submits this status report in response to the Court's Minute Order dated September 25, 2024 (DKT 41).

On September 4, 2024, the parties contacted Judge Delaney's Courtroom Deputy, Lisa Kennison, to obtain available dates for a settlement conference, in compliance with the Court's Minute Order dated August 28, 2024 (DKT 38).

On September 5, 2024, Ms. Kennison informed the Parties of Judge Delaney's availability for a settlement conference, on 11/25, 11/26, 11/27, 12/5, and 12/6 via Zoom.

On September 6, 2024, counsel for Wholesale 209 LLC informed counsel for Xiamen that Wholesale 209 LLC would be available on either 12/5 or 12/6.

On September 10, 2024, counsel for Xiamen responded to Ms. Kennison that Wholesale 209 LLC had shared their availability and counsel for Xiamen was awaiting confirmation from their client.

On September 17, 2024, counsel for Xiamen again contacted their client regarding the proposed dates and again on September 24, 2024 seeking to receive confirmation of availability.

Unfortunately, as of this time, counsel for Xiamen has not received confirmation of availability to participate in mediation on 12/5 or 12/6.

Following this Court's Minute Order dated September 25, 2024, counsel for Xiamen has followed up again with their client, on September 26, requesting their confirmation of the proposed dates.

Despite counsel's good faith efforts to receive authorization regarding Xiamen's availability, counsel for Xiamen has been unable to confer with their client which has caused the delay in confirming and scheduling a date for the settlement conference.

Counsel intends to immediately respond to Ms. Kennison and comply with the Court's Minute Order (DKT 38), upon receiving confirmation from their client and is engaging in best efforts to comply with such Order.

| | |
|---|---|
| 1 | |
| 2 | Dated: September 27, 2024 |
| 3 | |
| 4 | Respectfully submitted, |
| 5 | **MAZZOLA LINDSTROM LLP** |
| 6 | By: _*Aimée Scala*_ |
| 7 | Aimée Scala<br>2121 Avenue of the Stars, Suite 800 |
| 8 | Los Angeles, CA 90067 |
| 9 | *Attorneys for Petitioner Xiamen Xiangyu Logistics Group Corp*. |