

# United States District Court
# Eastern District of California

| Xiamen Xiangyu Logistics Group Corporation | | Case Number: | 2:23-cv-02704-DJC-AC |

Plaintiff(s)

V.

Wholesale 209 LLC

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ruofei Xiang hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Xiamen Xiangyu Logistics Group Corporation

On 04/04/2012 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/25/2024            Signature of Applicant: /s/ Ruofei Xiang

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Ruofei Xiang |
| Law Firm Name: | Mazzola Lindstrom LLP |
| Address: | 1350 Avenue of the Americas, 2nd FL |
| City: | New York |
| State: | NY |
| Zip: | 10019 |
| Phone Number w/Area Code: | (646) 216-8300 |
| City and State of Residence: | New York, New York |
| Primary E-mail Address: | ruofei@mazzolalindstrom.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Aimée Scala |
| Law Firm Name: | Mazzola Lindstrom LLP |
| Address: | 2121 Avenue of the Stars, Suite 800 |
| City: | Los Angeles |
| State: | CA |
| Zip: | 90067 |
| Phone Number w/Area Code: | (917) 913-8763 |
| Bar #: | 302944 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 25, 2024

*/s/ Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE