Aimée Scala (SBN 302944)
aimee@mazzolalindstrom.com
**Mazzola Lindstrom LLP**
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Tel: 323-208-9774

*Attorneys for Petitioner*
*Xiamen Xiangyu Logistics Group Corp.*

Kent Schmidt (SBN 195969)
schmidt.kent@dorsey.com
Jill A. Gutierrez (SBN 258138)
gutierrez.jill@dorsey.com
**Dorsey & Whitney LLP**
600 Anton Blvd., Suite 2000
Costa Mesa, CA 92626-7655

*Attorneys for Respondent*
*Wholesale 209, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAMEN XIANGYU LOGISTICS GROUP CORPORATION,<br><br>    *Petitioner*,<br><br>v.<br><br>WHOLESALE 209 LLC,<br><br>    *Respondent*. | Case No. 2:23-cv-02704-AC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF DATE**<br><br>Judge: Hon. Daniel J. Calabretta<br>Courtroom 10 – 13th Floor<br>Petition Filed: November 20, 2023 |

**TO THIS HONORABLE COURT:**

Pursuant to Local Rule 144(a) and this Court's Standing Order (Dkt. 31-1), Petitioner Xiamen Xiangyu Logistics Group Corporation ("Petitioner"), and Respondent Wholesale 209 LLC ("Respondent") (collectively, the "Parties"), by and through their respective attorneys of record, hereby jointly stipulate and agree to briefly extend the discovery cut-off deadline, from February 15, 2025 to March 17, 2025. As set forth more fully below, there is good cause to extend this deadline because (1) the parties have been diligently engaged in discovery but have been delayed as a result of the holiday season, delays stemming from the Los Angeles Wildfires, and because of illness of Respondent's counsel; (2) the parties have also separately been meeting and conferring concerning a potential settlement, and are continuing to engage in settlement discussions; and (3) despite the parties' best efforts, due to holidays overseas, completing Petitioner's deposition in advance of February 15, 2025 is not currently feasible.

WHEREAS the Parties negotiated and mutually agreed to extensions of time to respond to discovery requests propounded, in light of the holiday season and then because of delays stemming from the Los Angeles Wildfires and illness;

WHEREAS on January 17, 2025, Petitioner served its written discovery responses and production of documents and on January 24, 2025, served a notice of deposition for Respondent's corporate representative for February 13, 2025;

WHEREAS on January 27, 2025, Respondent served its written discovery responses, and on January 28, 2025, served its production of documents and asked counsel for Petitioner for available dates to schedule a deposition for Petitioner's corporate representative prior to February 15, 2025;

WHEREAS the parties have each noticed deposition by oral examination of the corporate representative of the other, but would like additional time to prepare witnesses, in light of Petitioner's celebration of the Chinese New Year and other factors as described below;

1. WHEREAS on January 24, 2025, the Parties had a private settlement conference to negotiate the resolution of this case via Zoom;

2. WHEREAS the Parties are engaging in further settlement discussions for the potential resolution of this case;

3. WHEREAS a 30-day extension of time of the deadline to complete discovery will allow the necessary time to obtain input from all parties and advance settlement negotiations of the matter;

4. WHEREAS in the event that efforts to resolve the case do not ultimately succeed, then the extension of time will give the Parties the opportunity to complete all the necessary depositions;

5. WHEREAS this is the first request for an extension of time regarding discovery; and

6. WHEREAS all other pre-trial and trial dates would remain in effect.

WHEREFORE, the Parties stipulate and agree, subject to this Court's approval, that the Discovery Cut-off date be extended to March 17, 2025.

IT IS SO STIPULATED AND REQUESTED

Dated: February 3, 2025

Respectfully submitted,

| MAZZOLA LINDSTROM LLP | DORSEY & WHITNEY LLP |
|---|---|
| By: _____<br>Aimée Scala<br>2121 Ave of the Stars, Suite 800<br>Los Angeles, CA 90067<br><br>*Attorneys for Petitioner*<br>*Xiamen Xiangyu Logistics Group Corp.* | By: _____<br>Kent Schmidt<br>Jill A. Gutierrez<br>600 Anton Blvd., Suite 2000<br>Costa Mesa, CA 92626-7655<br><br>*Attorneys for Respondent*<br>*Wholesale 209, LLC* |

Joint Stipulation and Order to Extend Discovery Cut-off Date

## **ORDER**

Upon consideration of the Parties' Joint Stipulation to Extent the Discovery Cut-Off deadline, and good cause appearing,

IT IS HEREBY ORDERED that the Joint Stipulation be and hereby is GRANTED and the Discovery Cut-Off deadline shall be extended to March 17, 2025.

IT IS SO ORDERED.

Dated:   February, 4, 2025

_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE