Aimée Scala (SBN 302944)
aimee@mazzolalindstrom.com
**Mazzola Lindstrom LLP**
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Tel: 323-208-9774

*Attorneys for Petitioner*
*Xiamen Xiangyu Logistics Group Corp.*

Kent Schmidt (SBN 195969)
schmidt.kent@dorsey.com
Jill A. Gutierrez (SBN 258138)
gutierrez.jill@dorsey.com
**Dorsey & Whitney LLP**
600 Anton Blvd., Suite 2000
Costa Mesa, CA 92626-7655

*Attorneys for Respondent*
*Wholesale 209, LLC*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAMEN XIANGYU LOGISTICS GROUP CORPORATION,<br><br>   *Petitioner*,<br><br> v.<br><br>WHOLESALE 209 LLC,<br><br>   *Respondent*. | Case No. 2:23-cv-02704-AC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND SUMMARY JUDGMENT BRIEFING SCHEDULE AND HEARING DATE**<br><br>Judge: Hon. Daniel J. Calabretta<br>Courtroom 10 – 13th Floor<br>Petition Filed: November 20, 2023 |

Joint Stipulation and Order to Extend Briefing Schedule and Hearing Date

Pursuant to Local Rule 144(a) and Your Honor's Standing Order (Dkt. 31-1), Petitioner Xiamen Xiangyu Logistics Group Corporation ("Petitioner"), and Respondent Wholesale 209 LLC ("Respondent") (collectively, the "Parties"), by and through their respective attorneys of record, hereby jointly stipulate and agree to adjust the current summary judgment briefing schedule and briefly extend the hearing deadline from June15, 2025 to July 17, 2025, and request that this Court enter an Order amending its Pretrial Scheduling Order issued on September 10, 2024 (Dkt. 40).

WHEREAS the Parties met and conferred on April 8, 2025, regarding the filing of dispositive motions;

WHEREAS, the Parties' scheduling conflicts, including but not limited to, the unavailability of Defendant's counsel the first two weeks of May due to traveling for business abroad, necessitate additional time to coordinate and agree on a joint statement of stipulated facts and complete their respective cross-motions;

WHEREAS, no previous extension of this deadline has been requested;

WHEREAS, the Parties submit that granting this extension will not delay the ultimate resolution of this case;

WHEREFORE, the Parties stipulate and agree, subject to this Court's approval, that the current hearing deadline of June 15, 2025 be amended to July 17, 2025, to accommodate the parties' calendar conflicts and need for additional time to coordinate legal positions, and agree, pursuant to Your Honor's Standing Order Rule I.D. on the following briefing schedule and deadlines:

| | |
|---|---|
| Plaintiff's Opening Papers in Support of Motion for Summary Judgment | May 16, 2025 |
| Defendant's Papers in Opposition and Cross-Motion for Summary Judgment | May 30, 2025 |
| Plaintiff's Reply and Opposition to Defendant's Cross-Motion for Summary Judgment | June 13, 2025 |
| Defendant's Reply Papers | June 23, 2025 |
| Hearing Date | July 10, 2025 |

Joint Stipulation and Order to Extend Briefing Schedule and Hearing Date

1  IT IS SO STIPULATED AND REQUESTED

2  Dated: April 14, 2025

Respectfully submitted,

**MAZZOLA LINDSTROM LLP**   **DORSEY & WHITNEY LLP**

By: __/s/ Aimée Scala_____   By: /s/ Kent Schmidt (as authorized on 04/14/25)
    Aimée Scala       Kent Schmidt
    2121 Ave of the Stars, Suite 800       600 Anton Blvd., Suite 2000
    Los Angeles, CA 90067       Costa Mesa, CA 92626-7655

*Attorneys for Petitioner*
*Xiamen Xiangyu Logistics Group*   *Attorneys for Respondent*
*Corp.*   *Wholesale 209, LLC*

**ORDER**

Upon consideration of the Parties' Joint Stipulation to Extend the Summary Judgment Briefing Schedule and Hearing deadline, and good cause appearing,

IT IS HEREBY ORDERED that the Joint Stipulation be and hereby is GRANTED and the proposed Briefing Schedule is APPROVED. The hearing deadline shall be extended to July 10, 2025.

IT IS SO ORDERED.

Dated:  April 15, 2025                    /s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE