Aimée Scala (SBN 302944)
aimee@mazzolalindstrom.com
**Mazzola Lindstrom LLP**
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Tel: 323-208-9774

*Attorneys for Petitioner*
*Xiamen Xiangyu Logistics Group Corp.*

Kent Schmidt (SBN 195969)
schmidt.kent@dorsey.com
Jill A. Gutierrez (SBN 258138)
gutierrez.jill@dorsey.com
**Dorsey & Whitney LLP**
600 Anton Blvd., Suite 2000
Costa Mesa, CA 92626-7655

*Attorneys for Respondent*
*Wholesale 209, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAMEN XIANGYU LOGISTICS GROUP CORPORATION,<br><br>  *Petitioner*,<br><br>v.<br><br>WHOLESALE 209 LLC,<br><br>  *Respondent*. | Case No. 2:23-cv-02704-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Judge: Hon. Daniel J. Calabretta<br>Courtroom 10 – 13th Floor<br>Petition Filed: November 20, 2023 |

STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

IT IS HEREBY STIPULATED by and between Petitioner Xiamen Xiangyu Logistics Group Corporation ("Petitioner"), and Respondent Wholesale 209 LLC ("Respondent") (collectively, the "Parties"), by and through their respective attorneys of record, that the current deadline for filing the dispositional papers in connection with the Parties' settlement shall be extended through June 30, 2025. Since filing the Notice of Partial Settlement on May 28, 2025 [ECF 55], the Parties have cooperated in finalizing the settlement terms, but require a brief extension of time to execute the settlement agreement and file dispositional documents in this matter. Accordingly, the Parties hereby stipulate and agree, subject to this Court's approval, that the time to file dispositional papers be extended to June 30, 2025.

IT IS SO STIPULATED AND REQUESTED

Dated: June 18, 2025

Respectfully submitted,

**MAZZOLA LINDSTROM LLP**

By: *Aimée Scala*
Aimée Scala
2121 Ave of the Stars, Suite 800
Los Angeles, CA 90067

*Attorneys for Petitioner
Xiamen Xiangyu Logistics Group Corp.*

**DORSEY & WHITNEY LLP**

By: *Lynnda A. McGlinn*
Kent Schmidt
Lynnda A. McGlinn
600 Anton Blvd., Suite 2000
Costa Mesa, CA 92626-7655

*Attorneys for Respondent
Wholesale 209, LLC*

## **ORDER**

Upon consideration of the Parties' Stipulation for Extension of Time to File Dispositional Documents, and for good cause appearing,

IT IS HEREBY ORDERED that the Parties shall file dispositional documents in this action no later than June 30, 2025.

IT IS SO ORDERED.

Dated:

                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE