Aimée Scala (SBN 302944)
aimee@mazzolalindstrom.com
**Mazzola Lindstrom LLP**
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Tel: 323-208-9774

*Attorneys for Petitioner*
*Xiamen Xiangyu Logistics Group Corp.*

Kent Schmidt (SBN 195969)
schmidt.kent@dorsey.com
Jill A. Gutierrez (SBN 258138)
gutierrez.jill@dorsey.com
**Dorsey & Whitney LLP**
600 Anton Blvd., Suite 2000
Costa Mesa, CA 92626-7655

*Attorneys for Respondent*
*Wholesale 209, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAMEN XIANGYU LOGISTICS GROUP CORPORATION,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>WHOLESALE 209 LLC,<br><br>　　　　　　Respondent. | Case No. 2:23-cv-02704-AC<br><br>**AMENDED STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Judge: Hon. Daniel J. Calabretta<br>Courtroom 10 – 13th Floor<br>Petition Filed: November 20, 2023 |

STIPULATION FOR SECOND EXTENSION OF TIME TO FILE DISPOSITIONAL

IT IS HEREBY STIPULATED by and between Petitioner Xiamen Xiangyu Logistics Group Corporation ("Petitioner"), and Respondent Wholesale 209 LLC ("Respondent") (collectively, the "Parties"), by and through their respective attorneys of record, pursuant to Local Rule 160(b) and for good cause, that the current deadline for filing the dispositional papers in connection with the Parties' settlement shall be extended through July 30, 2025.

WHEREAS on May 28, 2025, the Parties filed a Notice of Partial Settlement (ECF 55) to inform the Court that they had reached a settlement in the above-captioned case, to resolve Petitioner's claims against Respondent;

WHEREAS, on June 18, 2025, the Parties filed a Stipulation and Order for Extension of Time to File Dispositional Documents (ECF 57), because the Parties were in the process of exchanging and finalizing settlement terms;

WHEREAS, on June 23, 2025, this Court issued an Order granting the parties' request to file dispositional documents and extending the deadline to June 30, 2025 (ECF 58);

WHEREAS, the Parties have made substantial progress on finalizing the settlement terms and require a second extension through July 30, 2025, to allow the Parties sufficient time to review and execute the settlement agreement;

WHEREFORE, the Parties stipulate and agree, subject to this Court's approval, that the current deadline of June 30, 3025, be extended to July 30 2025, or to such other date as the Court deems appropriate, to accommodate the Parties' need for additional time to execute the settlement agreement and file dispositional documents in this matter.

IT IS SO STIPULATED AND REQUESTED

Dated: July 1, 2025

Respectfully submitted,

STIPULATION FOR SECOND EXTENSION OF TIME TO FILE DISPOSITIONAL

**MAZZOLA LINDSTROM LLP**      **DORSEY & WHITNEY LLP**

By: *Aimée Scala* (signature)
    Aimée Scala
    2121 Ave of the Stars, Suite 800
    Los Angeles, CA 90067

*Attorneys for Petitioner*
*Xiamen Xiangyu Logistics Group Corp.*

By: */s/ Matthew J. Olson* (as authorized on 07/01/25)
    Kent Schmidt
    Matthew J. Olson
    600 Anton Blvd., Suite 2000
    Costa Mesa, CA 92626-7655

*Attorneys for Respondent*
*Wholesale 209, LLC*

## **ORDER**

Upon consideration of the Parties' Stipulation for Second Extension of Time to File Dispositional Documents, and for good cause appearing,

IT IS HEREBY ORDERED that the Parties shall file dispositional documents in this action no later than July 30, 2025.

IT IS SO ORDERED.

Dated:  July 1, 2025                                       /s/ Daniel J. Calabretta
                                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                                    UNITED STATES DISTRICT JUDGE