Aimée Scala (SBN 302944)
aimee@mazzolalindstrom.com
**Mazzola Lindstrom LLP**
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Tel: 323-208-9774

*Attorneys for Petitioner*
*Xiamen Xiangyu Logistics Group Corp.*

Kent Schmidt (SBN 195969)
schmidt.kent@dorsey.com
Jill A. Gutierrez (SBN 258138)
gutierrez.jill@dorsey.com
**Dorsey & Whitney LLP**
600 Anton Blvd., Suite 2000
Costa Mesa, CA 92626-7655

*Attorneys for Respondent*
*Wholesale 209, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XIAMEN XIANGYU LOGISTICS GROUP CORPORATION,<br><br>*Petitioner*,<br><br>v.<br><br>WHOLESALE 209 LLC,<br><br>*Respondent*. | Case No. 2:23-cv-02704-AC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE RE PETITIONER'S CLAIMS AGAINST RESPONDENT PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Daniel J. Calabretta<br>Courtroom 7 – 14th Floor<br>Petition Filed: November 20, 2023 |
| WHOLESALE 209, LLC,<br><br>*Third Party Petitioner,*<br><br>v.<br><br>WENTAO LYU, and ROES 1-50, inclusive.<br><br>*Third Party Respondents.* | |

STIPULATED DISMISSAL

1  IT IS HEREBY STIPULATED by and between Petitioner Xiamen Xiangyu Logistics Group Corporation ("Petitioner"), and Respondent Wholesale 209 LLC ("Respondent") (collectively, the "Parties"), by and through their respective attorneys of record, that Petitioner's claims against Respondent in this action shall be dismissed with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own respective attorney's fees and costs. The Court shall retain jurisdiction over this case to enforce the terms of the settlement agreement. Petitioner and Respondent have appeared in this action have consented and agreed to the dismissal with prejudice pursuant to this Stipulation.

For avoidance of doubt, Wholesale 209 LLC's Third-Party Claims against Third Party Respondent Wentao Lyu remain pending and are unaffected by this Stipulation of Dismissal.

IT IS SO STIPULATED AND REQUESTED

Dated: July 30, 2025

Respectfully submitted,

| **MAZZOLA LINDSTROM LLP** | **DORSEY & WHITNEY LLP** |
|---|---|
| By: /s/ Aimée Scala<br>Aimée Scala<br>2121 Ave of the Stars, Suite 800<br>Los Angeles, CA 90067 | By: /s/ Kent Schmidt<br>Kent Schmidt<br>600 Anton Blvd., Suite 2000<br>Costa Mesa, CA 92626-7655 |
| *Attorneys for Petitioner*<br>*Xiamen Xiangyu Logistics Group Corp.* | *Attorneys for Respondent*<br>*Wholesale 209, LLC* |

STIPULATED DISMISSAL

## **ORDER**

Upon consideration of the Parties' Stipulation of Dismissal under the Federal Rule of Civil Procedure 41(a)(1)(ii), and for good cause appearing,

IT IS HEREBY ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party to bear its own respective attorney's fees and costs. The Court shall retain jurisdiction to enforce settlement until Respondent can fully perform its duties as required under the settlement agreement.

The Final Pretrial Conference, set for 10/9/2025, and the Bench Trial, set for 11/3/2025, are hereby VACATED.

This Dismissal with prejudice does not pertain to Wholesale 209 LLC's Third-Party Claims against Third Party Respondent Wentao Lyu which remain pending and the Third-Party Complaint shall be unaffected by this Stipulation of Dismissal.

Within fourteen (14) days, Third-Party Plaintiff shall file a status report advising the Court on how it plans to proceed with its case against Third-Party Defendant.

In light of the settlement between Plaintiff and Defendant, the Clerk of Court shall update the caption to reflect Third-Party Plaintiff Wholesale 209, LLC and Third-Party Defendant Wentao Lyu.

IT IS SO ORDERED.

Dated:  August 4, 2025          /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE