UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAMEN XIANGYU LOGISTICS GROUPCORPORATION,<br><br>Petitioner,<br><br>v.<br><br>WHOLESALE 209 LLC,<br><br>Respondent. | No.  2:23-cv-02704 DJC AC<br><br><br>ORDER |
| WHOLESALE 209, LLC,<br><br>Third Party Petitioner,<br><br>v.<br><br>WENTAO LYU, and DOES 1-50, inclusive.,<br><br>Third Party Respondents. | |

Respondent and Third-Party Petitioner Wholesale 209, LLC ("Wholesale") moves to file under seal limited portions of (1) the Memorandum of Points and Authorities in Support of Motion for Entry of Default Judgment, (2) the Declaration of Naveed Ashgar and certain exhibits thereto, and (3) the Proposed Order, with public redacted versions of those materials, pursuant to

Eastern District of California Local Rule 141.  ECF No. 68.

Local Rule 141 provides that documents may only be sealed by a written order of the court after a specific request to seal has been made.  Local Rule 141(a).  However, a mere request to seal is not enough.  Local Rule 141(b) requires that "[t]he 'Request to Seal Documents' shall set forth the statutory or other authority for sealing ..."  E.D. Local Rule 141(b).  The court starts "'with a strong presumption in favor of access to court records,'" Center for Auto Safety v. Chrysler Group, LLC, 809 F.3d 1092, 1096 (9th Cir. 2016) (quoting Foltz v. State Farm Mut. Auto. Ins. Co., 331 F.3d 1122, 1135 (9th Cir. 2003)).  "The presumption of access is 'based on the need for federal courts, although independent – indeed, particularly because they are independent – to have a measure of accountability and for the public to have confidence in the administration of justice.'"  Id. (quoting United States v. Amodeo, 71 F.3d 1044, 1048 (2d Cir.1995)).

The court has reviewed the filing and relevant documents and finds that the proposed limited redactions are appropriate in order to protect the confidentiality of the settlement agreement between plaintiff and defendant/third-party petitioner Wholesale.  Accordingly, it is hereby ORDERED that the motion to seal (ECF No. 68) is GRANTED, and that Wholesale is permitted to file the following documents under seal with redacted versions of the documents made publicly available:

- The entirety of Ashgar Exhibit 2 (Settlement Agreement);

- The wire amounts and account/unique banking identifiers in Ashgar Exhibit 3;

- The specific settlement amount at the pinpoint lines in the Memorandum identified above; and

- The settlement indemnity dollar figure in the "Monetary relief" paragraph of the Proposed Order.

IT IS SO ORDERED.

DATED: May 26, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2