UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAMEN XIANGYU LOGISTICS GROUPCORPORATION,<br>Petitioner,<br>v.<br>WHOLESALE 209 LLC,<br>Respondent. | No. 2:23-cv-02704 -DJC-AC<br><br>ORDER |
| WHOLESALE 209, LLC,<br>Third Party Petitioner,<br>v.<br>WENTAO LYU, and DOES 1-50, inclusive.,<br>Third Party Respondents. | |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On May 27, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that

any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 73. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 27, 2026, are adopted in full;

2. Wholesale's motion for default judgment (ECF No. 67) is granted and default judgment is entered in favor of Wholesale 209, LLC and against Third Party Respondent Wentao Lyu consistent with Rule 55(b)(2);

3. Wholesale 209, LLC is awarded damages in the amount of [REDACTED] as indemnity corresponding to the settlement payments paid under the July 30, 2025, settlement with Xiamen;

4. Lyu is permanently enjoined from: (a) Impersonating Wholesale 209, LLC or otherwise using Wholesale's name, identity, or any confusingly similar variation in any business transaction; and (b) Representing, directly or indirectly, that he is affiliated with, authorized by, acting for, or able to bind Wholesale 209, LLC, including forming or using any entity name incorporating "Wholesale 209" or similar to Wholesale 209, LLC's name;

5. Wholesale 209, LLC is awarded as the prevailing party and post-judgment interest at the maximum allowable rate; and

6. This case be closed.

Dated: July 31, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE