UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAMEN XIANGYU LOGISTICS , Plaintiff, v. WHOLESALE 209 LLC,, Defendant. | Case No. 2:23-cv-02704 -DJC-AC **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against Third Party Respondent:

Wentao Lyu consistent with Rule 55(b)(2). Wholesale 209, LLC is awarded damages corresponding to the settlement payments paid under the 7/30/2025 settlement with Xiamen.

July 31, 2026

KEITH HOLLAND, CLERK

By: /s/ J. Donati, Deputy Clerk